CONSOLIDATED SERVICE STATIONS, INC., Appellant, *v.* CITIES SERVICE OIL COMPANY et al., Respondents.

Argued March 4, 1952; decided March, 14, 1952.

*Hyman Grill* and *Henry A. Panoff* for appellant.

*Benjamin Mosher* and *George H. Colin* for respondents.

Order of Appellate Division reversed and that of Appellate Term affirmed, with costs in this court and in the Appellate Division on the authority of *N. R. M. Garage Corp.* v. *Feig Garage Corp.* (*supra,* p. 922), decided herewith. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.